# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 16, 2014

| Before: | RICHARD A. POSNER, Circuit Judge |
| | MICHAEL S. KANNE, Circuit Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |

| No.: 14-1284 | UNITED STATES OF AMERICA, Plaintiff - Appellant  v.  ADEL DAOUD, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:12-cr-00723-1 Northern District of Illinois, Eastern Division District Judge Sharon Johnson Coleman | |

The order appealed from is REVERSED in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)